IN THE UNITED STATES
DISTRICT COURT OF
MIDDLE DISTRICT OF FLORIDA
SAM M. GIBBONS UNITED STATES
COURTHOUSE

KEVIN BOLTON #72163-010
　　　PLAINTIFF　　　　　　　　5:23-cv-691-WWB/PRL

V.

UNITED STATES FEDERAL
PENITENTIARY
COLEMAN II

## MOTION OF INTENT

HONORABLE JUDGE, I, KEVIN D. BOLTON #72163-010, AM AN INMATE AT THE UNITED STATES FEDERAL PRISON COLEMAN II IN COLEMAN FLORIDA. I HAVE BEEN AT THIS INSTITUTION FOR APPRX. 10 MONTHS, AND SINCE I HAVE BEEN AT THIS PENITENTIARY I HAVE BEEN ACTIVELY DISCRIMINATED AGAINST AS AN INMATE, WITH LIMITED RIGHTS AND ALSO AS A TRANSGENDER. YOUR HONOR, I DO NOT WISH TO TIE UP

(1.)(A)

YOUR COURT UNNECESSARILY, AND I UNDERSTAND THAT TEACHING LAW IS NOT THE POSITION OF THE COURT.

MY INTENTION IN YOUR COURT IS TO HAVE MY MISTREATMENT AND THE VIOLATION OF MY LIMITED RIGHTS, STOPED.

NO ADVISE YOUR HONOR. IF IT BE MY LEGAL RIGHT, I'LL PURSUE. AND IF NOT, I'LL JUST HAVE TO THINK OF ANOTHER ROUTE TO ALLIEVATE MY UNDO TREATMENT.

I KNOW THERE ARE FACTS THAT SUPPORT AND SUBSTANTIATE MY ALLEGATION QUITE CLEARLY. IF IT BE WORTH THE COURTS TIME I WOULD ASK YOUR HONOR TO LOOK FORWARD TO MY 'DECLAIRATION OF FACTS'. [REFER TO DECLARATION OF FACTS]

BASICALLY DETAILING WHAT THE INSTITUTIONAL PROGRAM STATEMENTS SAYS THEY ARE SUPPOSED TO BE DOING, BUT CLEARLY ARE NOT OR I WOULD'NT BE ASKING THE COURT TO INTERVENE

I'D THANK THE COURT FOR ENTERTAINING MY INTENT.

(2)(A)

I, KEVIN D. BOLTON #12163-010, DECLARE (CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PURJURY THAT THE FOREGOING IS TRUE, CORRECT, AND FATUAL TO THE BEST OF MY RECOLLECTION

SIGNED THIS DAY ____
OF ____, 2023

*[signature]*

KEVIN BOLTON #12163-010
USP COLEMAN II
PO BOX 1034
COLEMAN, FL 33521

(3.)(A)

UNITED STATES
DISTRICT COURT OF
MIDDLE DISTRICT OF FLORIDA
SAM M. GIBBONS UNITED STATES
COURTHOUSE

## DECLARATION OF FACTS

1) I, KEVIN D. BOLTON #12163-010, AM AN INMATE IN THE FEDERAL BUREAU OF PRISONS, AT COLEMAN II IN COLEMAN, FLORIDA.

2) I HAVE BEEN AT COLEMAN II FOR APPRX. TEN MONTHS.

3) I WAS FIRST DISCRIMINATED AGAINST UPON ENTERING INTO R&D AT COLEMAN II WHERE I WAS STRIPED AND GIVEN A T-SHIRT, SHIRT, BOXERS, PANTS, SOCKS, AND SHOES.

4) AS A TRANSGENDER, MALE TO FEMALE, AND SHOULD HAVE BEEN ISSUED A SPORTS BRA AND PANTIES DURING CLOTHING EXCHANGE.

5) I DID NOT RECEIVE GENDER AFFIRMING CLOTHING AND UNDER-GARMENTS UNTIL ALMOST A MONTH LATER.

6) I FILED AN INFORMAL RESOLUTION WITH NO RESPONSE.

(1.)(B)

7.) I HAVE A MEDICAL SHOE PASS, AND HAVE HAD IT FOR YEARS, AND HAVE I HAD NOT BEEN SEEN TO REORDER SHOES BECAUSE MEDICAL HAS SAID, "WE DON'T HAVE THE RESOURCES." SO, A CONDITION I HAVE ALREADY HAVE APPROVAL FOR IS BEING DENIED BECAUSE OF A LACK OF RESOURCES SHOULD BE GROUNDS TO BE TRANSFERRED TO A FACILITY THAT HAS MY HEALTH CARE IN HAND.

8.) I AM LISTED AS HAVEING GENDER DYSPHORIA AND HAVE RECEIVED NO HELP WITH THIS AND OTHER DIAGNOSED MENTAL HEALTH ISSUES.

9.) THERE ARE MANY WAYS PSYCHOLOGY IS TO ASSIST TRANSGENDERS, BUT IN THE RHU, RESTRICTED HOUSING UNIT, BUT THE PSYCHOLOGIST HAS NOT SET CLASS FOR US TO DISCUSS WHAT IT IS LIKE IN PRISON TO BE A TRANSGENDER.

10.) UNIT TEAM, COUNSELOR MR. JOHNSON, CASE MANAGER MS. MARKS, UNIT MANAGER MR. JONES OF I-1 HAS DONE THE BARE MINIMUM WHERE IT COMES TO ME, AND IT IS AS FOLLOWS. THE MAJOR ISSUE IS I AM REQUIRED TO HAVE A SIX MONTH REVIEW TO HELP ME AND OTHER INMATES

(2.)(B)

WITH OUR PROGRAMMING NEEDS. THEY REVIEW ALL HOUSING PLACEMENTS AND CONDUCTS INMATE PROGRAM REVIEWS TO DETERMINE SPECIFIC NEEDS AND APPROPRIATE PROGRAMMING TO MEET THESE NEEDS. HOUSING AND JOB ASSIGNMENTS ARE MADE TO PROMOTE WELLBEING AND SEXUAL SAFETY JUST TO NAME A FEW OF THE THINGS THEY ARE NOT DOING.

11.) I HAVE BEEN IN THE SHU, SPECIAL HOUSING UNIT, SINCE JULY. WHEN I GOT TO THE SHU THERE WERE NO FEMALE CLOTHING, UNDERGARMENTS TO BE HAD. EVENTUALLY I DID RECEIVE UNDERGARMENTS, 3 SPORTS BRAS AND 3 PANTIES. I HAVE BEEN IN THE SAME SPORTS BRAS AND PANTIES SINCE JULY WITH THEM NOT BEING EXCHANGED AT ANY TIME. MALE CLOTHING, UNDERGARMENTS ARE EXCHANGED ONCE A WEEK, WHILE THE TRANSGENDER FEMALES ARE NOT AFFORDED WITH THE SAME.

12.) I SPOKE WITH THE Lt'S THAT HAVE WORKED IN SHU AT SOME POINT AND MOST HAVE TOLD ME THAT I SHOULD SPEAK WITH THE TRUST FUND SUPERVISOR.

13.) I SPOKE WITH TRUST FUND SUPER

(3).(B)

SUPERVISOR, MR. MUNIZ WHO TOLD ME, "I HAVE SPOKEN WITH LT. JAIMACA HE SHOULD BE GIVING ME A LIST OF ALL THE TRANSGENDERS WHO NEED UNDERGARMENTS

14.) IN MAY I WAS SEEN BY DENTAL AND WAS FOUND TO NEED: TEETH CLEANED, A CAVITY REFILLED, AND ORAL SURGERY BECAUSE OF AN INFECTION IN THE GUMS. I WAS AND HAVE NOT BEEN GIVEN ANY ANTIBIOTICS, NOTHING FOR PAIN, AND YOUR HONOR I HAVE PUT IN SICK-CALLS REPEATEDLY, SPOKEN WITH THE HEALTH SERVICES ADMINISTRATOR MS. MACADO ON SEVERAL OCCASIONS AND I HAVE STILL NOT BEEN SEEN.

15.) THERE IS A SYSTEM IN PLACE TO TAKE INMATE COMPLAINTS, ADMINISTRATIVE REMEDY. AND I FILED THE B-P8, B-P9 WITH NO RESPONSE.

16.) I'VE FILED A SENSITIVE B-P9 WITH THE WARDEN.

17.) EVERY TUESDAY THE EXECUTIVE STAFF, WARDEN, ASST. WARDENS, CPT., LT. ETC. MAKES ROUNDS IN THE SHU.

(4.)(B)

AND EVERY WEEK I AM ASKING THEM WHY HAVEN'T I RECEIVED ANY HELP. THE RESPONSE IS ALWAYS THE SAME, "THEY ARE LOOKING INTO IT."

18.) AS A RESULT OF A LACK OF CARE MY MENTAL AND PHYSICAL HEALTH IN THIS SHU IS IN A DOWNWARD SPIRAL.

19.) WITH A JUDGE'S INTERVENTION I WILL RECEIVE THE CARE NEEDED TO BECOME AND REMAIN HEALTH.

(5.Y(B))

I, KEVIN D. BOLTON #12163-010, DECLARE (CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF 'PURJURY' THAT THE FOREGOING IS TRUE, CORRECT, AND FACTUAL TO THE BEST OF MY RECOLLECTION

SIGNED THIS DAY _____ OF _____, 2023

*[signature]*

KEVIN BOLTON #12163-010
USP COLEMAN II
PO BOX 1034
COLEMAN, FL 33521

(6.)(B)